**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-4687

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RASHAWN ALI BROWN,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.   Thomas E. Johnston, District Judge.  (5:05-cr-00240)

Submitted: January 18, 2007          Decided:  January 22, 2007

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Lou Newberger, Federal Public Defender, Jonathan D. Byrne, Appellate Counsel, Charleston, West Virginia, for Appellant. Charles T. Miller, United States Attorney, John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rashawn Ali Brown appeals from his eighteen-month sentence imposed pursuant to his guilty plea to possession of cocaine with intent to distribute. On appeal, he asserts that his sentence was unreasonable because "it is greater than necessary to comply with the purposes of sentencing." We have carefully reviewed the record and Brown's contentions and find that the sentence imposed by the district court at the bottom of the guideline range was reasonable. See United States v. Hughes, 401 F.3d 540, 546-47 (4th Cir. 2005) (noting that sentencing courts should determine the sentence range under the guidelines, consider other statutory factors, and impose a reasonable sentence within the statutory maximum). Accordingly, we affirm Brown's sentence. We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED